# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Civil Action No. 18-cv-229 (TSC) |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 10, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own costs.

Date:  August 31, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge